FILED
FEB 09 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| KARA KENNEDY, et al., | ) | |
| | ) | Civil No. 11-47-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL AS TO** |
| v. | ) | **PLAINTIFF KLER INVESTMENTS** |
| | ) | **LLC (ALL CLAIMS) AND AS** |
| AMERICAN SECURITY INSURANCE CO., | ) | **TO PLAINTIFF KARA KENNEDY** |
| | ) | **(DECLARATORY RELIEF CLAIM** |
| Defendant(s). | ) | **ONLY)** |

IT IS ORDERED that the parties' Stipulated Motion to Dismiss [11-1] is GRANTED. All claims by Plaintiff Kler Investments LLC are DISMISSED WITH PREJUDICE and Plaintiff Kara Kennedy's declaratory relief claim is DISMISSED WITHOUT PREJUDICE. Defendant's Motion to Dismiss [9-1] is DENIED AS MOOT and the hearing of 3/22/2011 at 10:00AM is STRICKEN.

Dated this 9th day of February, 2011.

by _____
Paul Papak
United States Magistrate Judge